```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
RAKESH RAJI, et al.,                          :
                                              :
                         Plaintiffs,          :       16 Civ. 7631 (PAE)
                                              :
            -v-                               :       ORDER
                                              :
BABU JI NYC INC., et al.,                     :
                                              :
                         Defendants.          :
------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

On July 3, 2017, the plaintiffs submitted to the Court an application for approval of a proposed FLSA settlement in this matter, Dkt. 35, pursuant to a Settlement Agreement entered into between the parties, *id.*, Ex. A. The Court has carefully reviewed the parties' Settlement Agreement, and is satisfied, substantially for the reasons stated in the parties' application, that the settlement of the plaintiff's FLSA claims is fair and reasonable so as to satisfy the standard set forth in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 2016 (2d Cir. 2015). Plaintiffs application for approval of the settlement is therefore granted. This matter is dismissed, with prejudice.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: July 11, 2017
       New York, New York